**Kim BRANSON, Respondent,**

v.

**MEDICAP PHARMACY, Appellant.**

**No. WD 64845.**

Missouri Court of Appeals,
Western District.

Jan. 17, 2006.

Richard J. Fitzgerald, St. Louis, MO, Attorney for appellant.

Roger G. Brown, Jefferson City, MO, George E. Fitzsimmons, Co-Counsel, St. Louis, MO, for respondent.

Before SMART, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Employer and Insurer appeal from an award of workers' compensation declaring the Claimant to be totally and permanently disabled. Appellant contends there was insufficient evidence to support the award because Claimant's evidence was speculative and there was a lack of specificity in the award as to future medical payments. Affirmed. Rule 84.16(b).